242 So.2d 246

**STATE of Louisiana**

v.

**Kernest J. LANOUX, Jr.**

No. 51051.

Jan. 5, 1971.

BARHAM, J., is of the opinion the writ should not be considered. See reasons assigned, in State v. Normand, No. 51,049 on the docket of this Court, 257 La. 270, 242 So.2d 245.

TATE, J., concurs in BARHAM, J.'s reasons for not considering the application.